# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2014

## NO. 03-13-00082-CV

**George Thurman Lauret, Appellant**

**v.**

**Meritage Homes of Texas, LLC d/b/a Monterey Homes, Appellee**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### REVERSED AND REMANDED ON REHEARING -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on January 30, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore the Court withdraws its opinion and judgment from October 10, 2014; reverses the trial court's judgment; and remands the case to the trial court to (1) determine whether the parties can, with an appropriate offset, be restored to the status quo ante and (2) if so, restore the parties to their original position, subject to appellee's right to plead and prove an offset. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.